MARJIE D. BARROWS (State Bar No. 122129)
WILLIAM R. FENNER (State Bar No. 201122)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

Attorneys for Defendants TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, also erroneously sued as "ST. PAUL TRAVELERS"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALI ESWARAN and KALA ESWARAN, | No. 2:06-cv-0793-MCE-GGH |
| Plaintiffs, | **ORDER AFFIRMING STIPULATED DISMISSAL OF ST. PAUL TRAVELERS** |
| v. | |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; ST. PAUL TRAVELERS, et al., | FRCP 41(a)(1) |
| Defendants. | |

IT IS HEREBY ORDERED Defendant "St. Paul Travelers" only, be dismissed with prejudice pursuant to FRCP 41(a)(1).

By stipulation of the parties, IT IS SO ORDERED:

**DATED: March 30, 2007**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-
ORDER AFFIRMING STIPULATED DISMISSAL OF ST. PAUL TRAVELERS