1  MARJIE D. BARROWS (State Bar No. 122129)
   WILLIAM R. FENNER (State Bar No. 201122)
2  **RUDLOFF WOOD & BARROWS LLP**
   2000 Powell Street, Suite 900
3  Emeryville, CA  94608
   Telephone:     (510) 740-1500
4  Facsimile:     (510) 740-1501

5  Attorneys for Defendants TRAVELERS
   PROPERTY CASUALTY INSURANCE
6  COMPANY, also erroneously sued as "ST. PAUL
   TRAVELERS"

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  KALI ESWARAN and KALA ESWARAN,        No.  2:06-cv-00793-MCE-GGH

12              Plaintiffs,

13       vs.                              **ORDER AFFIRMING STIPULATED
                                          DISMISSAL OF TRAVELERS
14  TRAVELERS PROPERTY CASUALTY           PROPERTY CASUALTY
    INSURANCE COMPANY; ST. PAUL           INSURANCE COMPANY**
15  TRAVELERS, et al.,
                                          FRCP 41(a)(1)
16              Defendants.

17  _____/

18

19

20

21

22

23

24

25

26

27

28

**RUDLOFF WOOD & BARROWS LLP**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

1.     WHEREAS, Plaintiffs Kali Eswaran and Kala Eswaran have agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1); and

2.     WHEREAS, the parties to this action have executed a Settlement Agreement and General Release In Full; and

3.     WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

IT IS HEREBY ORDERED Defendant Travelers Property Casualty Insurance Company, also erroneously sued as "St. Paul Travelers", be dismissed with prejudice pursuant to FRCP 41(a)(1), each side bearing its own costs.

By stipulation of the parties, IT IS SO ORDERED:

Dated:  May 16, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

**PROOF OF SERVICE BY MAIL AND ELECTRONIC SUBMISSION VIA ECF**
Cal. Code Civ. Proc. § 1013(a) and 1010.6

I, Laura Spalding, hereby declare:

I am over the age of eighteen and not a party to the within cause.  I am employed in the County of Alameda, California, in the office of a member of the bar of the court in which the within action is pending at whose direction the following service was made.  My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608.

I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I am also personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for electronic service of documents via ECF.

On May 11, 2007, I served the within:  **[PROPOSED] ORDER AFFIRMING STIPULATED DISMISSAL OF TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY** on the parties named below in this action by (1) submitting via electronic submission via ECF and (2) placing a true copy thereof enclosed in a sealed envelope for collection and mailing on this date, following ordinary business practices, addressed as follows:

Ilija Cvetich, Esq.
Law Office of Ilija Cvetich
3465-B American River Drive
Sacramento, CA 95864
E-mail:  ilijacvetichlaw@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 11, 2007, at Emeryville, California.

/s/  Laura Spalding
Laura Spalding

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500